# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sankoumba Tawel Camara, | No. CV-26-01594-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

In this habeas corpus action under 8 U.S.C § 2241, Petitioner challenged his redetention without a pre-deprivation hearing and his immigration detention without a bond hearing. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 3.)

In response to the OSC, respondents maintain their position that despite entering the United States years ago without inspection and issued a notice to appear under 8 U.S.C. § 1226, petitioner is nonetheless subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A) without a bond hearing. (Doc. 6 at 4-9.)

The court finds that petitioner is not "seeking admission" such that he is subject to detention under § 1225(b)(2)(A). *See Cunha v. Freden*, ___ F. 4th ___, 2026 WL 1146044 (2d Cir. Apr. 28, 2026); *Echevarria v. Bondi*, CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. 2025).  The court will therefore direct respondents to provide petitioner a bond redetermination hearing within seven days. The court will hold in abeyance petitioner's claim that he is entitled to immediate release from custody. In the event

petitioner is not released on bond, the court will resolve that issue.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing.

**IT IS FURTHER ORDERED** respondents must provide petitioner a bond redetermination hearing within seven days or release him from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within three days of releasing petitioner or providing him a bond hearing. **That notice must include the result of the bond hearing.**

Dated this 1st day of May, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**